

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-17-00040-CV

| | | |
|---|---|---|
| Christopher Leron Clegg | § | From the 48th District Court |
| | § | of Tarrant County (048-285247-16) |
| v. | § | December 14, 2017 |
| City of Fort Worth | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Christopher Leron Clegg shall pay all of the costs for this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
      Justice Mark T. Pittman